**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00333-CR**
**NO. 09-14-00334-CR**

_____

**SHATARA MONTENEGRO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause Nos. 13-15888, 13-15889**

**MEMORANDUM OPINION**

Pursuant to plea bargain agreements, appellant Shatara Montenegro pleaded guilty to two charges of aggravated assault. In each case, the trial court found the evidence sufficient to find Montenegro guilty, but deferred further proceedings, placed Montenegro on community supervision for five years, and assessed a fine of $1000. The State subsequently filed a motion to revoke Montenegro's unadjudicated community supervision in each case. In both cases, Montenegro

1

pleaded "true" to one violation of the conditions of her community supervision. In each case, the trial court found that Montenegro had violated the conditions of her community supervision, found Montenegro guilty of both charges of aggravated robbery, and assessed punishment at seven years of confinement. The trial court ordered that the sentences would run concurrently.

Montenegro's appellate counsel filed briefs that present counsel's professional evaluation of the records and conclude the appeals are frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On October 13, 2014, we granted an extension of time for Montenegro to file *pro se* briefs. We received no response from Montenegro. We have reviewed the appellate records, and we agree with counsel's conclusion that no arguable issues support the appeals. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeals. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgments.[1]

---

[1]Montenegro may challenge our decision in these cases by filing petitions for discretionary review. *See* Tex. R. App. P. 68.

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on January 12, 2015
Opinion Delivered February 4, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.